DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
H2O.AI, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUREPREDICTIVE, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>H2O.AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-03049-WHO<br><br>**CIVIL LOCAL RULE 6-2 JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME & ORDER THEREON**<br><br>Date: July 19, 2017<br>Time: 2:00 p.m.<br>Ctrm: 2 – 17th Floor<br>Judge: Honorable William H. Orrick |

Plaintiff PurePredictive, Inc. ("PPI") and Defendant H2O.ai, Inc. ("H20") hereby stipulate, subject to approval of the Court, as follows.

The hearing for H2O's Rule 12(b)(6) motion to dismiss the Original Complaint (the "Motion") is currently set for July 19, 2017 at 2:00 p.m. Because PPI's counsel has a previously scheduled court hearing on July 19, 2017, the parties hereby stipulate to enlarge this hearing date to August 2, 2017 at 2:00 p.m. The parties further stipulate that PPI's response to the Motion is due by July 12, 2017, and H2O's reply is due by July 19, 2017.

The Court has not granted any extensions in this case regarding this motion.

This amendment to this Court's order will not affect any other deadlines or hearing dates in this action.

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| Dated: June 22, 2017 | KUNZLER LAW GROUP, P.C. |
| | */s/ Robert J. Adamson* <br> ROBERT J. ADAMSON |
| | Attorney for Plaintiff <br> PUREPREDICTIVE, INC. |
| Dated: June 22, 2017 | DURIE TANGRI LLP |
| | */s/ Clement S. Roberts* <br> CLEMENT S. ROBERTS |
| | Attorneys for Defendant <br> H2O.AI, INC. |

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts, attest that concurrence in the filing of this document has been obtained.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS

**IT IS ORDERED** that the response and reply deadlines are adopted as stipulated. The hearing will be conducted August 9, 2017 (the Court is unavailable August 2, 2017).

Dated: June 22, 2017

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS