KUNZLER LAW GROUP, P.C.
R. JEREMY ADAMSON (SBN 251380)
jadamson@kunzlerlaw.com
50 W. Broadway,
10th Floor
Salt Lake City, UT 84101
Telephone: 801-994-4646
Facsimile: 801-758-7436

Attorneys for Plaintiff
PUREPREDICTIVE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUREPREDICTIVE, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>H2O.AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-03049-WHO<br><br>**CIVIL LOCAL RULE 6-2 JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME & ORDER THEREON**<br><br>Date: August 9, 2017<br>Time: 2:00 p.m.<br>Ctrm: 2 – 17th Floor<br>Judge: Honorable William H. Orrick |

Plaintiff PurePredictive, Inc. ("PPI") and Defendant H2O.ai, Inc. ("H20") hereby stipulate, subject to approval of the Court, as follows.

On June 21, 2017, PPI and H2O jointly requested that the date for the hearing on H2O's Rule 12(b)(6) motion to dismiss the Original Complaint (the "Motion") then set for July 19, 2017 at 2:00 p.m, be enlarged to August 2, 2017. The Court issued an order on June 22, 2017 noting that it was not available on August 2, 2017, and setting the hearing on the Motion for August 9, 2017. Because PPI's counsel is scheduled to be in a deposition on August 9, 2017, the parties hereby stipulate to enlarge the hearing date to August 16, 2017 at 2:00 p.m. The parties further stipulate that PPI's response to the Motion is due by July 12, 2017, and H2O's reply is due by July 26, 2017.

This would be the second extension in this case regarding this motion.

This amendment to this Court's order will not affect any other deadlines or hearing dates in this action.

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| Dated: June 26, 2017 | KUNZLER LAW GROUP, P.C. |
| | |
| | /s/ R. Jeremy Adamson |
| | R. JEREMY ADAMSON |
| | |
| | Attorney for Plaintiff |
| | PUREPREDICTIVE, INC. |
| Dated: June 26, 2017 | DURIE TANGRI LLP |
| | |
| | /s/ Clement S. Roberts |
| | CLEMENT S. ROBERTS |
| | |
| | Attorneys for Defendant |
| | H2O.AI, INC. |

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, R. Jeremy Adamson, attest that concurrence in the filing of this document has been obtained.

/s/R. Jeremy Adamson

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated: July 5, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE WILLIAM H. ORRICK
United States District Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                                   /s/R. Jeremy Adamson
                                                                      R. Jeremy Adamson